1  JOHN SHAEFFER (SBN 138331)
   jshaeffer@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, California 94104
   Telephone:   415-364-5540
5  Facsimile:   415-391-4436

6  Attorneys for Plaintiff E & E Co., Ltd.

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | E & E CO., LTD., a California corporation, | Case No. C-15-4847-CRB |
12 | Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; ORDER** |
13 | v. | |
14 | NORTHPOINT TRADING, INC., a New York corporation, | Date:  January 22, 2016
Time:  8:30 a.m.
Place: Courtroom 6, 17th Floor |
15 | | |
16 | Defendant. | |

17      John Shaeffer, counsel for plaintiff E & E Co., Ltd., hereby requests that he be al-

18 lowed to appear telephonically at the Case Management Conference set for January 22,

19 2016 at 8:30 a.m. before the Honorable Charles R. Breyer.  Mr. Shaeffer is located in Fox

20 Rothschild LLP's Century City Office.

21      Jack Praetzellis, counsel for plaintiff, will appear personally at the hearing.

22      In the event the Court grants this request, John Shaeffer can be reached at

23 (310) 228-4481 and will be available from at least five minutes before 8:30 a.m. and un-

24 til the Court releases counsel.

25 Dated:  January 15, 2016.          FOX ROTHSCHILD LLP

26

27                                    By /s/ John Shaeffer
                                         JOHN SHAEFFER
28                                       Attorneys for Plaintiff E & E Co., Ltd.

**ORDER**

The request of John Shaeffer to appear telephonically at the Case Management Conference on January 22, 2016 at 8:30 a.m. is GRANTED.

Dated:  January 20, 2016   .

_____
The Honorable Charles R. Breyer
United States District Court Judge