JOHN SHAEFFER (SBN 138331)
jshaeffer@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:  415-364-5540
Facsimile:   415-391-4436

Attorneys for Plaintiff E & E Co., Ltd.

Patricia A. Welch (SBN 127889)
welch.patricia@dorsey.com
**DORSEY & WHITNEY LLP**
305 Lytton Avenue
Palo Alto, California 94301
Telephone:  650.857-1717
Facsimile:   650.857.1288

Attorneys for Defendant
Northpoint Trading, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & E CO., LTD., a California corporation, | CASE No. C-15-4847-CRB |
| Plaintiff, | **FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION; ORDER** |
| v. | |
| NORTHPOINT TRADING, INC., a New York corporation, | |
| Defendant. | |

This Final Judgment Upon Consent And Permanent Injunction ("Judgment") is entered into by and among E & E Co., Ltd. ("E&E") on the one hand and Northpoint Trading, Inc. ("Northpoint") on the other hand. Collectively, E&E and Northpoint shall be referred to as the "Parties".

## STIPULATED FACTS

A. Northpoint filed U.S. Trademark Application Serial No. 86/145,987 (the "'987 Application") in the United States Patent and Trademark Office ("USPTO") for the mark "Hyde Park".

B. E&E filed U.S. Trademark Application Serial No. 86/293,659 (the "'659 Application") in the USPTO for the mark "Hyde Park."

C. Both the '987 Application and the '659 Application ("collectively, the "Trademark Applications") are for International Class 024 products.

D. On October 21, 2015, E&E filed a complaint (the "Complaint") in this proceeding against Northpoint asserting claims for federal false designation of origin; unfair competition under federal law; unfair competition under California law; trademark dilution under California law; common law infringement; and certain declaratory relief.

E. Northpoint has previously denied liability on such claims.

## ORDER

**IT IS HEREBY ORDERED AND ADJUDGED** by consent of the Parties that Northpoint, together with its officers, agents, servants, employees, attorneys and those persons in active concert with them, or any of them, is hereby permanently enjoined and restrained from using in commerce, as a trademark or other designation of source, the term "Hyde Park" in connection with any goods coming under International Classes 016, 020, 021 or 024, including, but not limited to, decorative pillows and bed pillows, bed linens, textiles and towels, comforters, bed spreads, bed skirts, duvet covers, bed sheets, pillow cases, pillow shams, blanket throws, bed blankets, quilts, mattress covers, sheet sets, bath towels, kitchen towels, table napkins, placemats, tablecloths, table linens, household linens, washcloths, hand cloths, shower curtains, draperies, fabric valences,

sheers, window coverings and treatments, art pictures and art prints, soap dishes, toothbrush holders, waste baskets, lotion containers, ceramic jars, mirrors and picture frames.

**IT IS FURTHER ORDERED AND ADJUDGED** that entry of this Judgment shall conclude this action to the prejudice of any and all claims or cross-claims deemed merged and barred in accordance with the law.

The undersigned hereby stipulate to the above facts and consent to the entry of this Judgment which may be signed in counterparts and may be obtained and exchanged by facsimile or email.

**IT IS SO STIPULATED.**

NORTHPOINT TRADING, INC.

By: /s/
Its: DIRECTOR PRODUCT DEVELOPMENT
Dated: 04.18.16

E & E CO., LTD.

By: /s/
Its: Director of Legal Affairs
Dated: 4-13-16

**IT IS SO ORDERED.**

DATED: May 2, 2016

/s/
Hon. Charles R. Breyer
United States District Judge